UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ACTION NISSAN, INC. and
WILLIAM NERO,

      Plaintiffs,

v.                              Case No: 6:18-cv-380-WWB-EJK

HYUNDAI MOTOR AMERICA
and GENESIS MOTOR
AMERICA,

      Defendants.
_____/

## VERDICT FORM

1. Do you find by a preponderance of the evidence that Hyundai Motor Corporation created a new luxury motor vehicle line-make on or before August 10, 2019?

    Answer Yes or No: __yes__

    **Note**: If your answer is No, please continue to Question 6 without answering Questions 2, 3, 4, or 5. If your answer is Yes, please continue to the next question.

2. Do you find by a preponderance of the evidence that Defendant Hyundai Motor America or an entity controlled by Hyundai Motor America was granted the rights of distribution for the new luxury motor vehicle line-make on or before August 10, 2019?

1

Answer Yes or No: _____yes_____

**Note**: If your answer is No, please continue to Question 6 without answering Questions 3, 4, or 5. If your answer is Yes, please continue to the next question.

3. Do you find by a preponderance of the evidence that open points were established for the new luxury motor vehicle line-make in the eight-county area in Florida on or before August 10, 2019?

Answer Yes or No: _____yes_____

**Note**: If your answer is No, please continue to Question 6 without answering Questions 4 or 5. If your answer is Yes, please continue to the next question.

4. Do you find by a preponderance of the evidence that Defendant Hyundai Motor America failed to do something essential that the Agreement required it to do?

Answer Yes or No: _____yes_____

5. Do you find by a preponderance of the evidence that Defendant Hyundai Motor America's conduct with respect to performance under the Agreement was not consistent with the Parties' reasonable expectations under the Agreement?

Answer Yes or No: _____yes_____

**Note**: If your answer is Yes to Questions 4 <u>or</u> 5, please continue to Question 7 without answering

2

Question 6. If your answer is No to Questions 4 <u>and</u> 5, continue to Question 6.

6. Do you find by a preponderance of the evidence that Defendant Hyundai Motor America demonstrated or communicated distinctly, unequivocally, and absolutely that it would not or could not perform the Agreement prior to the time that it had any obligation under the Agreement to offer Plaintiff William Nero any right of first refusal?

Answer Yes or No: _____

**Note**: If your answer is No to Questions 4, 5, <u>and</u> 6 please stop and have your foreperson sign and date this Verdict Form without answering any of the remaining questions. If your answer is Yes, please continue to the next question.

7. Do you find by a preponderance of the evidence that Plaintiff William Nero was ready, willing, and able to exercise the right of first refusal had it been offered?

Answer Yes or No: ___yes___

**Note**: If your answer is No, please stop and have your foreperson sign and date this Verdict Form without answering the remaining question. If your answer is Yes, please continue to the next question.

8. Do you find by a preponderance of the evidence that Plaintiffs suffered damages as result of Defendant Hyundai Motor America's breach of the Agreement?

3

Answer Yes or No:      yes

If your answer is Yes,
in what amount?      $ 16 million

$16,000,000

SO SAY WE ALL

_Margaret Faustina Wright_    Oct 4, 2021
Foreperson Signature      Date

_Margaret Faustina Wright_
Print Name