# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ACTION NISSAN, INC. and WILLIAM NERO,

      Plaintiffs,

v.                                          Case No. 6:18-cv-380-WWB-EJK

HYUNDAI MOTOR AMERICA and GENESIS MOTOR AMERICA,

      Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiffs' Motion to Amend the Judgment to Add Prejudgment Interest and Post-Judgment Interest (Doc. 317). United States Magistrate Judge Embry J. Kidd issued a Report and Recommendation (Doc. 330), in which he recommends that the Motion be granted. (*Id.* at 4).

After an independent de novo review of the record, and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 330) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiffs' Motion to Amend the Judgment to Add Prejudgment Interest and Post-Judgment Interest (Doc. 317) is **GRANTED**.

3. This Court's October 19, 2021 Judgment in a Civil Case (Doc. 314) is amended as follows:

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiffs, Action Nissan, Inc., and William Nero, and against Defendant Hyundai Motor America in the principal amount of sixteen million dollars and zero cents, plus prejudgment interest of $2,721,282.70, with post judgment interest upon the total sum of the principal amount and prejudgment interest at the rate of .11 percent per annum, which shall begin accruing from October 19, 2021.

**DONE AND ORDERED** in Orlando, Florida on March 21, 2022.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record